UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISON PULITO and JAMES PULITO,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON, INC.; DEPUY ORTHOPAEDICS, INC.; VAIL CONSULTING, LLC; THOMAS VAIL, M.D.; THOMAS SCHMALZRIED, M.D.,<br><br>Defendants. | Case No. 3:10-CV-04708-JL<br><br>[~~PROPOSED~~] **ORDER GRANTING STAY OF PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197 –** *IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION* |

This matter having been opened to the Court upon the Stipulation to Stay Proceedings Pending Transfer to MDL No. 2197: *In Re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation* of Plaintiffs Alison Pulito and James Pulito, and Defendants Johnson & Johnson Services, Inc., Johnson & Johnson, DePuy Orthopaedics, Inc., Vail Consulting, LLC, Thomas Vail, M.D., and Thomas Schmalzried, M.D.; the parties having consented to said stipulation as demonstrated by counsels' signatures hereon; the Court finding that a stay is appropriate under the circumstances; and good cause thereby appearing,

It is hereby **ORDERED** that the request for a stay is **GRANTED**. It is further **ORDERED** that all proceedings in the above-captioned proceedings are stayed pending the

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER GRANTING STAY OF PROCEEDINGS
PENDING TRANSFER TO MDL NO. 2197
SF01/ 720365.1

CASE NO. 3:10-CV-04708-JL

Judicial Panel on Multidistrict Litigation's assignment of MDL-2197, *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, to a transferee United States District Court and judge and the Judicial Panel on Multidistrict Litigation's decision transferring this action to the MDL. All pending dates and deadlines are hereby **VACATED**.

Dated: 12/1/10

HONORABLE JAMES LARSON

*IT IS SO ORDERED*
*Judge James Larson*
(United States District Court, Northern District of California — seal)

Drinker Biddle & Reath LLP
Attorneys At Law
San Francisco

Order Granting Stay of Proceedings
Pending Transfer To MDL No. 2197
SF01/ 720365.1

- 2 -

Case No. 3:10-CV-04708-JL