I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By:  /S/Jennifer Smolinski
Deputy Clerk



**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION  MDL No. 2197

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO–1)**

On December 3, 2010, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* (J.P.M.L. ). Since that time, no additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A Katz.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Ohio for the reasons stated in the order of December 3, 2010, and, with the consent of that court, assigned to the Honorable David A Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

**Dec 15, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP
IMPLANT PRODUCTS LIABILITY LITIGATION**          MDL No. 2197

**SCHEDULE CTO–1 – TAG–ALONG ACTIONS**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 2 | 10–00929 | Odom v. DePuy Orthopaedics, Inc. et al |
| ALABAMA NORTHERN | | | |
| ALN | 2 | 10–02991 | Sherbett v. Depuy Orthopaedics, Inc. et al |
| ALN | 4 | 10–02782 | Tidmore v. Depuy Orthopaedics, Inc. et al |
| ALN | 5 | 10–02725 | Rutherford v. Depuy Orthopaedics, Inc. et al |
| ALN | 5 | 10–02746 | Ebert v. Depuy Orthopaedics, Inc. et al |
| ALN | 5 | 10–02994 | Moore v. Depuy Orthopaedics, Inc et al |
| ALN | 5 | 10–03031 | Bradford v. Depuy Orthopaedics, Inc. et al |
| ALN | 5 | 10–03052 | Goodwin v. Depuy Orthopaedics, Inc et al |
| ALN | 5 | 10–03074 | Livie v. Depuy Orthopaedics, Inc et al |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 10–06542 | Beth E. Bubernak v. DePuy Orthopaedics, Inc. et al |
| CAC | 2 | 10–07087 | David Bowen v. Depuy Orthopaedics, Inc. et al |
| CAC | 2 | 10–07728 | Esthela Rivera et al v. Depuy Orthopaedics, Inc. et al |
| CAC | 2 | 10–08588 | Louanne O. Landgraf v. DePuy Orthopaedics, Inc. et al |
| CAC | 5 | 10–01465 | Francine Teer v. DePuy Orthopaedics Inc et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 10–04708 | Pulito v. Johnson &Johnson Services, Inc. et al |
| CAN | 4 | 10–04949 | O'Neill v. DePuy Orthopaedics, Inc. et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 10–01813 | Starry v. Depuy Orthopaedics, Inc. |
| COLORADO | | | |
| CO | 1 | 10–02549 | Joosten v. DePuy Orthopaedics, Inc. et al |

FLORIDA MIDDLE

| FLM | 2 | 10–00649 | Hall–Rao et al v. DePuy Orthopaedics, Inc. |
| FLM | 6 | 10–01558 | Stiller v. DePuy Orthopaedics, Inc. et al |
| FLM | 8 | 10–02521 | Morgan v. DePuy Orthopaedics, Inc. |

GEORGIA NORTHERN

| GAN | 1 | 10–03609 | Hays v. Depuy Orthopaedics, Inc. et al |

GEORGIA SOUTHERN

| GAS | 1 | 10–00149 | Eastman et al v. Depuy Orthopaedics, Inc. et al |

HAWAII

| HI | 1 | 10–00624 | Lum v. Depuy Orthopaedics, Inc. et al |

ILLINOIS CENTRAL

| ILC | 2 | 10–02252 | Wickens et al v. Johnson &Johnson et al |

ILLINOIS NORTHERN

| ILN | 1 | 10–05785 | LONG et al v. DePuy Orthopaedics, Inc. |
| ILN | 1 | 10–06000 | Alspaugh v. DePuy Orthopaedics, Inc. |
| ILN | 1 | 10–07278 | McConn v. DePuy Orthopaedics, Inc. |

ILLINOIS SOUTHERN

| ILS | 3 | 10–00745 | Kasel v. Depuy Orthopaedics, Inc. |
| ILS | 3 | 10–00785 | Adam v. Depuy Orthopaedics, Inc. et al |
| ILS | 3 | 10–00809 | Foltz v. Depuy Orthopaedics, Inc. |
| ILS | 3 | 10–00864 | Burch v. Depuy Orthopaedics, Inc. |

INDIANA NORTHERN

| INN | 3 | 10–00449 | McMahan v. DePuy Orthopaedics Inc et al |

KANSAS

| KS | 2 | 10–02593 | Keller v. Depuy Orthopaedics, Inc. et al |

KENTUCKY WESTERN

| KYW | 3 | 10–00664 | Boone v. DePuy Orthopaedics, Inc. et al |
| KYW | 3 | 10–00698 | Steimle et al v. DePuy Orthopaedics, Inc. et al |

LOUISIANA EASTERN

| LAE | 2 | 10–03206 | Mosley v. DePuy Orthopaedics, Inc. et al |

| | | | |
|---|---|---|---|
| LAE | 2 | 10–03370 | Lewis v. Depuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–03445 | Williams et al v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04010 | Loftin v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04041 | Carcich v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04181 | Damaris v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04218 | LeMeunier v. Depuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04335 | Jolly et al v. DePuy Orthopaedics, Inc. |
| LAE | 2 | 10–04348 | Potter et al v. DePuy Orthopaedics, Inc. et al |
| LAE | 2 | 10–04351 | Schremp v. DePuy Orthopaedics, Inc. et al |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 3 | 10–01555 | Richards v. Depuy Orthopaedics Inc et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 10–11857 | Stevens v. DePuy Orthopaedics, Inc. et al |

MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 10–14363 | Watts v. DePuy Orthopaedics, Incorporated et al |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 10–04026 | Manteuffel v. DePuy Orthopaedics, Inc. et al |
| MN | 0 | 10–04517 | Hendrickson et al v. DePuy Orthopaedics, Inc. et al |
| MN | 0 | 10–04518 | Grisim v. DePuy Orthopaedics, Inc. et al |

MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 1 | 10–00272 | Holland v. Depuy Orthopaedics, Inc. et al |

MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 3 | 10–00570 | Thompson v. Depuy Orthopaedics, Inc. |
| MSS | 3 | 10–00571 | Keith v. Depuy Orthopaedics, Inc. |
| MSS | 3 | 10–00658 | Staten v. Depuy Orthopaedics, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 2 | 10–04245 | Weisser v. DePuy Orthopaedics Inc et al |
| MOW | 4 | 10–01040 | Hovatter v. DePuy Orthopedics, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 10–05141 | WAHL et al v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 10–04545 | AIKEN v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 10–04908 | WARD v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 10–04909 | BOYD v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 10–04913 | DAVIS et al v. DEPUY ORTHOPAEDICS, INC. et al |
| NJ | 3 | 10–05106 | |

|       |   |          |                                                      |
|-------|---|----------|------------------------------------------------------|
|       |   |          | REARDON et al v. DEPUY ORTHOPAEDICS, INC. et al      |
| NJ    | 3 | 10–05107 | MCRAE v. DEPUY ORTHOPAEDICS, INC. et al              |
| NJ    | 3 | 10–05267 | DEBENEDICTUS et al v. DEPUY ORTHOPEDICS, INC. et al  |
| NJ    | 3 | 10–05280 | DULING et al v. DEPUY ORTHOPAEDICS, INC. et al       |
| NJ    | 3 | 10–05581 | CARAWAN v. DEPUY ORTHOPAEDICS, INC. et al            |
| NJ    | 3 | 10–05629 | LOVELL v. DEPUY ORTHOPAEDICS, INC. et al             |
| NJ    | 3 | 10–05872 | SCHMID v. DEPUY ORTHOPAEDICS, INC. et al             |
| NJ    | 3 | 10–05873 | NAPIER v. DEPUY ORTHOPEDICS, INC. et al              |

NEW YORK EASTERN

| NYE | 1 | 10–04242 | Solomon et al v. Deputy Orthopaedics, Inc. et al |
| NYE | 1 | 10–04738 | Rossetti et al v. Depuy Orthopaedics, Inc.      |

OHIO SOUTHERN

| OHS | 1 | 10–00664 | Bendel et al v. Depuy Orthopaedics, Inc.            |
| OHS | 1 | 10–00729 | Browning et al v. Depuy Orthopaedics, Inc. et al    |
| OHS | 1 | 10–00768 | Pearcy v. Depuy Orthopaedics, Inc. et al            |

PENNSYLVANIA EASTERN

| PAE | 2 | 10–06069 | CALOGERO v. DUPUY ORTHOPEDICS, INC. et al |

RHODE ISLAND

| RI | 1 | 10–00447 | Granoff et al v. DePuy Orthopaedics, Inc. et al |

SOUTH CAROLINA

| SC | 0 | 10–02422 | Mixon v. Depuy Orthopaedics Inc |

TENNESSEE MIDDLE

| TNM | 1 | 10–00088 | Johnson v. DePuy Orthopaedics, Inc. et al         |
| TNM | 1 | 10–00097 | Shoemaker v. DePuy Orthopaedics, Inc. et al       |
| TNM | 3 | 10–00991 | Carter et al v. DePuy Orthopaedics, Inc. et al    |
| TNM | 3 | 10–01047 | Raines et al v. DePuy Orthopaedics, Inc. et al    |
| TNM | 3 | 10–01048 | Walker v. DePuy Orthopaedics, Inc. et al          |

TEXAS NORTHERN

| TXN | 3 | 10–02242 | Southerland v. Depuy Orthopaedics Inc |

TEXAS SOUTHERN

| TXS | 4 | 10–03467 | Thompson v. DePuy Orthopaedics, Inc. et al   |
| TXS | 4 | 10–03472 | Davis v. DePuy Orthopaedics, Inc. et al      |
| TXS | 4 | 10–03680 | Rutherford v. DePuy Orthopaedics, Inc. et al |

| | | | |
|---|---|---|---|
| TXS | 4 | 10–04143 | Smith v. DePuy Orthopaedics, Inc. et al |
| TXS | 4 | 10–04145 | Santa Cruz v. DePuy Orthopaedics Inc et al |
| TXS | 4 | 10–04285 | Codispoti et al v. Depuy Orthopaedics, Inc., an Indiana Corporation et al |
| TXS | 4 | 10–04311 | Ortega v. DEPUY ORTHOPAEDICS, Inc an Indiana Corporation et al |
| TXS | 4 | 10–04382 | Peoples v. DEPUY ORTHOPAEDICS, INC. an Indiana Corp. et al |
| TXS | 4 | 10–04540 | Jones v. DePuy Orthopaedics, Inc. et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 3 | 10–00781 | Taylor v. DePuy Orthopaedics, Inc. et al |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 10–01303 | Akers v. Depuy Orthopaedics, Inc. et al |